UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES

VERSUS

STATE OF LOUISIANA, DIVISION OF
ADMINISTRATION, OFFICE OF RISK
MANAGEMENT

CIVIL ACTION

NO. 07-375-C

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 23, 2008. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to dismiss (rec.doc.25) filed by defendant, State of Louisiana, Division of Administration, Office of Risk Management, is granted and the claims set forth in Sections 8A-23A and B-E of the complaint of plaintiff, Naomi Sandres, are dismissed with prejudice.

Baton Rouge, Louisiana, February 25, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA