**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**NAOMI SANDRES**                                                    **CIVIL ACTION**

**VERSUS**

**STATE OF LOUISIANA, DIVISION OF**                    **NO. 07-375-C-M2**
**ADMINISTRATION, OFFICE OF RISK**
**MANAGEMENT**

## RULING & ORDER

This matter is before the Court on the "Motion to Compel" (R. Doc. 47) and the "Motion to Compel Production-Second Time) (R. Doc. 49) filed by plaintiff, Naomi Sandres ("Sandres"), both of which involve the same set of discovery requests. Defendant, State of Louisiana, Division of Administration, Office of Risk Management ("ORM"), has filed an opposition to Sandres' motions.

In her present motions, Sandres contends that she propounded requests for production of documents to ORM on May 22, 2008. She asserts that, on June 23, 2008, she received ORM's objections to Request Nos. 1-6, but she did not receive any response or objections to Request Nos. 7-8. Sandres contends that she gave ORM two extensions within which to respond fully to her requests for production, and when it failed to do so within the extensions allowed, she filed her present motions to compel wherein it appears that she is seeking to compel responses to Request Nos. 7 and 8.

In its opposition, ORM explains that Request Nos. 7 and 8 seek information regarding the applicants for the seven (7) employment positions for which Sandres allegedly applied, including those applicants' names, races, and qualifications, and

information concerning who was chosen to be interviewed and which applicant was ultimately selected for the positions.   According to ORM, in order to obtain such information, it had to coordinate with several State departments, and it therefore initially responded to Sandres' requests that the "information has been requested and will be provided upon receipt."   ORM represents that, as soon as it received some of the information, it submitted that information to plaintiff in the form of a supplemental response; however, Sandres nevertheless filed the present motions when she did not receive a complete response.  ORM further represents that it worked diligently to provide plaintiff with the information requested and that, as of August 6, 2008, it forwarded complete responses to the plaintiff's requests.  Thus, Sandres' present motions to compel should be denied as moot.

Accordingly;

**IT IS ORDERED** that the "Motion to Compel" (R. Doc. 47) and the "Motion to Compel Production-Second Time) (R. Doc. 49) filed by plaintiff, Naomi Sandres, are hereby **DENIED AS MOOT**.

Signed in chambers in Baton Rouge, Louisiana, August 8, 2008.

_____

**MAGISTRATE JUDGE CHRISTINE NOLAND**