UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



NAOMI SANDRES

VERSUS

STATE OF LOUISIANA DIVISION
OF ADMINISTRATION OFFICE OF
RISK MANAGEMENT

CIVIL ACTION

NO. 07-375-RET-CN

# ORDER

Considering Plaintiff's Request for Case File Original Records and Certified Docket Sheets (Doc. No.104) in Civil Action No. 07-375-RET-CN filed December 28, 2009, and considering that copies of original record and docket sheet are provided to pro-se parties only in cases that are on appeal to the United States Court of Appeals and that no appeal to the United States Court of Appeals has been filed in this matter;

**IT IS ORDERED** that Request for Case File Original Records and Certified Docket Sheets is hereby **DENIED.**

Signed in chambers in Baton Rouge, Louisiana, this 12th day of January, 2010.

MAGISTRATE JUDGE CHRISTINE NOLAND