UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES     CIVIL ACTION

VERSUS     NUMBER 07-375-BAJ-SCR

STATE OF LOUISIANA     consolidated with:
DIVISION OF ADMINISTRATION,     CV 08-145-BAJ-SCR
OFFICE OF RISK MANAGEMENT     CV 08-524-BAJ-SCR
    CV 08-563-BAJ-SCR

**RULING ON MOTION TO COMPEL DISCOVERY**

Before the court is the plaintiff's Motion to Compel as Defendants Failed to Make Disclosure and Cooperate in Discovery as Stated in Rule 37 of FRCP (Federal Rule of Civil Procedure). Record document number 151. The motion is opposed.[1]

Plaintiff filed this motion seeking to compel the defendants to provide additional information and documents in response to her discovery requests, particularly discovery requests related to CV 08-524 and CV 08-563. Plaintiff identified the interrogatories she contends the defendants failed to sufficiently answer and the document production requests for which they failed to produce responsive documents. But for many of these that is all she did; and as to the others she made no cogent argument to support her demand for more information or additional documents.

Defendants asserted that much of the information and documents sought by the plaintiff is not relevant to her claims and that is

---

[1] Record document number 153.

why it was not provided or produced.[2] Defendants asserted that the plaintiff was "certified" as qualified for only one of the seven positions for which she applied. As to the other six positions, because she was not qualified for those positions information and documents related to those positions is not relevant. Plaintiff was provided with information and documents related to the one position for which she was certified as qualified.

Defendants' are correct. Plaintiff has not shown that the defendants' discovery responses are materially deficient or that the defendants failed to produce relevant and responsive information or documents.

Accordingly, the plaintiff's motion is denied.

Baton Rouge, Louisiana, September 6, 2012.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[2] Neither the plaintiff's discovery requests nor the defendants responses were filed in connection with this motion.